# Exhibit 2

| US12572265B2 | Crunchyroll Mobile Application ("Accused Product") |
|---|---|
| 11. A computer-implemented method for synchronous delivery of a media file to multiple user computers, the method comprising the steps of: | The accused product discloses a computer-implemented method for synchronous delivery (e.g., SharePlay) of a media file (e.g., movies, TV shows, etc.,) to multiple user computers (e.g., other users' devices).<br><br>As shown below, the accused product discloses that contents such as movies, TV shows, etc. (e.g., media file, etc.,) can be delivered synchronously to multiple user computers (e.g., other users' devices) that are connected to the session.<br><br><br>https://www.crunchyroll.com/news/latest/2022/2/28/crunchyroll-ios-app-lets-you-watch-together-with-shareplay-support |

| | |
|---|---|
| | Crunchyroll news<br><br>Latest News Season Lineup Features Quizzes Guides Inte<br><br>If you're an iOS user looking for a new way to share anime with your friends and family, Crunchyroll has you covered with **SharePlay** support! This feature was introduced along with iOS 15.1, iPadOS 15.1, tvOS 15.1, with Mac following shortly after, and now you have a new way to watch anime and connect with others.<br><br>You can access SharePlay while you're on a FaceTime call, making it easier than ever to set up a remote viewing party and keep all of the on-screen action in sync. Crunchyroll is the latest in a line of apps that let viewers enjoy content together, and all you have to do to dive in is start a FaceTime call, open a supported app like Crunchyroll and initiate SharePlay.<br><br>No better time than now to FaceTime some friends and catch up on all the latest episodes of your favorite shows!<br><br>https://www.crunchyroll.com/news/latest/2022/2/28/crunchyroll-ios-app-lets-you-watch-together-with-shareplay-support |

| | |
|---|---|
| | <br><br>https://apps.apple.com/us/app/crunchyroll/id329913454 |
| displaying content other than the media file on a first information display of a first user computer; | The accused product discloses displaying content other than the media file (e.g., movies, TV shows, etc.,) on an information display of a first user computer (e.g., first user device).<br><br>As shown below, the accused product discloses that the first user device can be displaying a profile page of the first user or a subscription management page or any other content different from the media file which is to be presented. The profile page of the first user or the subscription management page is not the media file (e.g., movies, TV shows, etc.,) to be synchronously delivered to the multiple user computers (e.g., other users' devices). |

| | |
|---|---|
| | <br>https://apps.apple.com/us/app/crunchyroll/id329913454 |




https://help.crunchyroll.com/hc/en-us/articles/17931128982164-How-do-I-cancel-my-membership

| | |
|---|---|
| | <br>https://help.crunchyroll.com/hc/en-us/articles/17931128982164-How-do-I-cancel-my-membership |
| receiving, at the first user computer and from a second user computer, a request to | The accused product discloses receiving, at the first user computer (e.g., first user device) and from a second user computer (e.g., second user device), a request to join (e.g., accepting the session) a synchronous session including the second user computer (e.g., second user device), wherein the second user computer (e.g., second user device) |

| | |
|---|---|
| join a synchronous session including the second user computer, wherein the second user computer is separate from the first user computer; | is separate from the first user computer (e.g., first user device).<br><br>As shown below, the accused product discloses that the other user (e.g. second user) can join a synchronous session by accepting the FaceTime call, thereby generating a request that is received by first user device from the second user's device which is separate from the first user device when the first user sends an FaceTime call request to the second user.<br><br><br>− How do I start a SharePlay session?<br>Creating a SharePlay session is a breeze! Follow these steps to get it set up:<br>**To start a SharePlay session on iOS and Apple Vision Pro:**<br>1. Navigate to the Crunchyroll app.<br>2. Start a FaceTime call on your iOS device.<br>3. Go to the watch page of your favorite anime show and scroll to the bottom.<br>4. Tap **SharePlay** to start the adventure.<br><br>https://help.crunchyroll.com/hc/en-us/articles/20365134443668-Crunchyroll-Shareplay |
| receiving, at a user interface of the first user computer, an indication of acceptance of the request to join the | The accused product discloses receiving, at a user interface of the first user computer (e.g., first user device), an indication of acceptance of the request to join the synchronous session.<br><br>As shown below, the accused product practices receiving at the first user device an indication of the acceptance (e.g., joining the FaceTime call) of the request to join the |

| | |
|---|---|
| synchronous session; | session.<br><br>– How do I start a SharePlay session?<br><br>Creating a SharePlay session is a breeze! Follow these steps to get it set up:<br><br>**To start a SharePlay session on iOS and Apple Vision Pro:**<br><br>1. Navigate to the Crunchyroll app.<br>2. Start a FaceTime call on your iOS device.<br>3. Go to the watch page of your favorite anime show and scroll to the bottom.<br>4. Tap **SharePlay** to start the adventure.<br><br>indication of acceptance<br><br>https://help.crunchyroll.com/hc/en-us/articles/20365134443668-Crunchyroll-Shareplay |

| | |
|---|---|
| | **The SharePlay Experience Inside Crunchyroll**<br><br>The app needs to know when the participant is on a FaceTime call, so it can indicate that SharePlay is possible by displaying the SharePlay icon under the series title and the "Start SharePlay" button on the video page. Anyone can start a SharePlay session from the following places (IMG 2):<br><br>• The video page;<br>• The more [⋮ ] menu of any card;<br>• The long press (3D Touch) of any card;<br>• The ShareSheet of an episode.<br><br>https://medium.com/crunchyroll/watch-together-anime-on-crunchyroll-with-apple-shareplay-8f3ba9d9408f |
| in response to receiving the indication of acceptance, entering, by the first user computer, the synchronous session, the synchronous session comprising synchronously displaying at least a | The accused product discloses that in response to receiving the indication of acceptance, entering, by the first user computer (e.g., first user device), the synchronous session, the synchronous session comprising synchronously displaying at least a portion of the media file (e.g., movies, TV shows, etc.,) at the first information display and a second information display of the second user computer (e.g., second user device)<br><br>As shown below, the accused product discloses that the first user device starts SharePlay for synchronously displaying of the media file (e.g., movies, TV shows, etc.,) at the first user device and second user device simultaneously. |

| | |
|---|---|
| portion of the media file at the first information display and a second information display of the second user computer; | Creating a SharePlay session is a breeze! Follow these steps to get it set up:<br><br>**To start a SharePlay session on iOS and Apple Vision Pro:**<br><br>1. Navigate to the Crunchyroll app.<br>2. Start a FaceTime call on your iOS device.<br>3. Go to the watch page of your favorite anime show and scroll to the bottom.<br>4. Tap **SharePlay** to start the adventure. displaying of the media file<br><br>**To start a SharePlay session on Apple TV:**<br><br>https://help.crunchyroll.com/hc/en-us/articles/20365134443668-Crunchyroll-Shareplay |




IMG 2 — An example of three entry points to SharePlay

[https://medium.com/crunchyroll/watch-together-anime-on-crunchyroll-with-apple-shareplay-8f3ba9d9408f](https://medium.com/crunchyroll/watch-together-anime-on-crunchyroll-with-apple-shareplay-8f3ba9d9408f)

<table>
<tr>
<td></td>
<td>


https://medium.com/crunchyroll/watch-together-anime-on-crunchyroll-with-apple-shareplay-8f3ba9d9408f
</td>
</tr>
</table>

| | |
|---|---|
| and terminating the synchronous session by at least terminating the synchronously displaying of the at least a portion of the media file at the first user computer and the second user computer. | The accused product discloses terminating the synchronous session by at least terminating the synchronously displaying of the at least a portion of the media file (e.g., movies, TV shows, etc.,) at the first user computer (e.g., first user device) and the second user computer (e.g., second user device).<br><br>As shown below, the accused product discloses how to end a SharePlay session on its platform. Confirming to end the session can end the synchronous displaying of the project (e.g., movies, TV shows, etc.,) at the respective devices via SharePlay.<br><br><br>In this article, we will answer the burning questions you might have about this awesome feature:<br>– Which controls are available while watching on SharePlay?<br>You can:<br>• Play/Pause<br>• Skip to next episode<br>• Jump forward/backward 10 seconds<br>• Scroll<br>When one person in your viewing party taps a control, it affects playback for everyone. It's like you are all in the same room!<br>https://help.crunchyroll.com/hc/en-us/articles/20365134443668-Crunchyroll-Shareplay |

| | |
|---|---|
| | <br>How do I end a SharePlay session?<br>Follow the steps below to end a session:<br>**On iOS and Apple Vision Pro:**<br>1. On the watch page, tap **SharePlay**.<br>2. Confirm you want to end the session.<br>terminating the synchronous session<br>**On Apple TV:**<br>1. Press and hold the **TV/Control Center** button on the remote.<br>2. Select **SharePlay**.<br>3. Confirm you want to end the session.<br>https://help.crunchyroll.com/hc/en-us/articles/20365134443668-Crunchyroll-Shareplay |

| | |
|---|---|
| | <br>https://medium.com/crunchyroll/watch-together-anime-on-crunchyroll-with-apple-shareplay-8f3ba9d9408f |